**FILED**

DEC 16 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 15-30178-NJR |
| | ) | |
| Plaintiff, | ) | Title 21 |
| | ) | United States Code |
| vs. | ) | Sections 841(a)(1) and 841(b)(1)(C) |
| | ) | |
| BRANDY C. ANDERSON, | ) | |
| a/k/a "Boom Boom," | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Sections 922(g)(1) and 924(a)(2) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession With Intent to Distribute Heroin)

On or about November 24, 2015, in St. Clair County, within the Southern District of Illinois,

**BRANDY C. ANDERSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2
### (Felon in Possession of a Firearm)

On or about November 24, 2015, in St. Clair County, within the Southern District of Illinois,

**BRANDY C. ANDERSON,**

defendant herein, having been previously convicted on October 30, 2012, of a felony punishable by a term of imprisonment exceeding one year, namely, Burglary, in Case No. 11-CF-1556, in

St. Clair County, Illinois, did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt, Commander, .45 caliber pistol, bearing serial number CJ39352; all in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

As a result of the foregoing offenses described in Count 2, Defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms and all ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1), including, but not limited to the following:

**One Colt, Commander, .45 caliber pistol, bearing serial number CJ39352, and any and all ammunition contained therein or seized therewith.**

A TRUE BILL

/s/ Robert Garrison
ROBERT L. GARRISON
Assistant United States Attorney

JAMES L. PORTER
Acting United States Attorney

Recommended Bond: Detention.

2